JUDGE RONALD B. LEIGHTON

**05-CR-05308-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFREY JORGENSON, <br><br> Defendant. | NO. CR05-5308RBL <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

Based on the stipulated motion of the parties to continue the trial date, and the affidavit of defense counsel in support of the motion, and the defendant's signed waiver of speedy trial through November 30, 2005, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE
*United States v. Jeffrey Jorgenson*; CR05-5308RBL

1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1   4. Taking into account the exercise of due diligence, a continuance is necessary
2   to allow the defendant the reasonable time for effective preparation his defense.
3   18 U.S.C. § 3161(h)(8)(B)(iv).
4   NOW, THEREFORE,
5   IT IS HEREBY ORDERED that the trial date is continued from June 27, 2005 to
6   November _14_, 2005, at 9:30 am. The resulting period of delay from June 27, 2005,
7   to November _14_, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C.
8   § 3161(h)(8)(A) and (B).
9   Pre-trial motions are due no later than _Sept 5_, 2005.
10   Pre-trial conference shall be on _Nov 1_, 2005, at _9:00_ am/pm.
11   DONE this _14th_ day of June, 2005.

_____
JUDGE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

15   Presented By:

18   /s/ *Russell V. Leonard*                        /s/ *William* H. Redkey, Jr.
     Russell V. Leonard                              William H. Redkey, Jr.
19   Attorney for Defendant                          Assistant United States Attorney